Certificate Number: 17082-PAE-DE-028384105

Bankruptcy Case Number: 16-17726



17082-PAE-DE-028384105

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2016, at 3:57 o'clock PM MST, CHERLY A VAUGHN CURRY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 19, 2016          By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director