# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-17726-ELF

CHERLY A VAUGHN-CURRY

1341 Farrington Rd.

Philadelphia, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHERLY A VAUGHN-CURRY

    1341 Farrington Rd.

    Philadelphia, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    ALFONSO G MADRID, ESQ.
    757 SOUTH 8TH ST

    PHILADELPHIA, PA 19147-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                              /s/ William C. Miller

Date: 12/23/2016

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee