# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CHERLY A. VAUGHN-CURRY, a/k/a | : | CASE NO: 16- 17726ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## NOTICE OF APPLICATION FOR COMPENSATION OF DEBTOR'S ATTORNEY

Alfonso Madrid, Esquire, attorney for the Debtor in the above-captioned case has filed an APPLICATION FOR COMPENSATION OF DEBTOR'S ATTORNEY with the United States Bankruptcy Court seeking approval of Counsel fees and expenses in the sum of Three Thousand ($3,000.00) Dollars for services rendered on behalf of the Debtor in this matter.

The above listed Application is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 and is available there for inspection.

1. If you do not want the court to grant the relief sought in the application or if you want the Court to consider your views on the Application, then on or before **April 10, 2017 (04/10/2017)** you or your attorney must do all of the following:

    a. file an answer explaining your position at: United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107

    b. mail, fax, or e-mail a copy to the movant's attorney:

    ALFONSO MADRID, ESQ.
    757 South 8th St.
    Philadelphia PA 19147
    alfonsomadrid.esq@gmail.com
    (215) 689-4809 (fax)

2. In the absence of any answer, objection, or responsive pleading the Debtor's Counsel will certify that this Application is unopposed and that an Order may be signed granting the relief requested.