# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CHERLY A. VAUGHN-CURRY, a/k/a | : | CASE NO: 16- 17726ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 3,000.00 |
| Attorney fee already paid by Debtor | $      0.00 |
| **Net amount to be paid by Trustee** | **$ 3,000.00** |

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

4/24/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**