IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| CHERLY A. VAUGHN-CURRY, a/k/a<br>CHERLY B. CURRY<br>CHERLY CURRY<br>CHERLY VAUGHN | : | CASE NO: 16- 17726ELF |
| Debtors | : | |

**CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION
TO MODIFY PLAN POST-CONFIRMATION**

The Debtor, through counsel, hereby avers:

1. On July 31, 2017, Debtor filed the above-captioned motion (the "Motion").

2. On July 31, 2017, the Motion and Notice of Motion was served on all secured and priority creditors.August 14, 2017.

3. Pursuant to Local Bankruptcy Rule 9014-3(i), any response to the Motion was due on July 28, 2017.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)