# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CHERLY A. VAUGHN-CURRY, a/k/a | : | CASE NO: 16-17726ELF |
| CHERLY B. CURRY | : | |
| CHERLY CURRY | : | |
| CHERLY VAUGHN | : | |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this   30th   day of August, 2017, upon consideration of the Motion for Relief from the Automatic Stay filed by Bank of America, N.A., the Debtor's response thereto, and by agreement of the parties;

IT IS **ORDERED**, that the Motion is **DENIED** subject to the conditions set forth below:

1. Within seven (7) days of the entry of this Order, Debtor shall file an Amended Chapter 13 Plan to include payment of post-petition arrears to Movant totaling $3,041.94 (reflecting April-July mortgage payments totaling $2,010.94 plus $1,031.00 attorney fees and costs).

2. Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears, fees and costs of $3,041.94. Form 410A shall not be required for this Amended or Supplemental Proof of Claim.

3. Debtor must maintain current monthly mortgage payments to Movant thereafter.

4. In the event that Debtor fails to make any post-petition mortgage payments on or before their due dates (or any applicable contractual grace periods), Movant may give the Debtor and Debtor's counsel written notice of the default. If such default is not cured within fourteen (14) days

after service of the notice, upon Certification of Default filed with the Court and served on the Debtor and Debtor's counsel, the Court may terminate the automatic stay without a further hearing.

    5.    If the case is converted to Chapter 7, Movant may file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**