United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17726-elf
Cherly A Vaughn-Curry                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                Date Rcvd: Aug 30, 2017
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
```
db            +Cherly A Vaughn-Curry,    1341 Farrington Rd.,    Philadelphia, PA 19151-2832
cr            +Orion (VERIZON),    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
13817967      +Bank of America, N.A.,    7105 Corporate Dr.,    PTX B-209,    Plano, TX 75024-4100
13817968       Bluechip Financial d/b/a Spotloan,    914 Chief Little Shell St. NE,    Belcourt, ND 58316
13817970     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank (USA), NA,    15000 Capital One Dr.,
                Richmond, VA 23238)
13817969      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13817971      +Carrington Mortgage Services,    PO Box 3489,    Anaheim, CA 92803-3489
13884352      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13817973      +Cba Collection Bureau,    Po Box 5013,    Hayward, CA 94540-5013
13817974      +Cbe Group,    Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
13817975      +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13817977      +Interstate Intrinsic Value Fund A, LLC,    3835-R E. Thousand Oaks Blvd.,    Ste 413,
                Thousand Oaks, CA 91362-6622
13849759      +Interstate Intrinsic Value Fund, LLC,    PO BOX 5247,    Oxnard, CA 93031-5247
13817980      +Northland Group Inc.,    7831 Glenroy Rd,    Suite 250,    Minneapolis, MN 55439-3117
13912652      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13817982      +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13817983      +Philadelphia Water Revenue Dept.,    1401 JFK Blvd,    Philadelphia, PA 19102-1617
13817986      +Rothman Institute,    925 Chestnut St,    Philadelphia, PA 19107-4290
13817988      +Target Finance LLC d/b/a Target Cash Now,    PO Box 581,    Hays, MT 59527-0581
13817989      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
13817990      +True Accord,    153 Maiden lane,    3rd Fl,    San Francisco, CA 94108-5301
13884415       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
13817991      +Wells Fargo,    Attention: Bankruptcy MAC# X2303-01A,    Po Box 41169,
                Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 31 2017 01:25:52      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2017 01:25:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2017 01:25:47      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13817965      +E-mail/Text: bankruptcy1@acecashexpress.com Aug 31 2017 01:25:43      Ace Cash,
                1231 Greenway DR.,    Suite 600,    Irving, TX 75038-2511
13817972      +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Aug 31 2017 01:25:28      Cash Net USA,
                175 W. Jackson,    Suite 1000,    Chicago, IL 60604-2863
13907103      +E-mail/Text: bankruptcy@phila.gov Aug 31 2017 01:25:51
                City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13817976      +E-mail/Text: collections@greentrustcash.com Aug 31 2017 01:26:00      Green Trust Cash LLC,
                PO Box 340,    Hays, MT 59527-0340
13817978      +E-mail/Text: bankruptcy@ldf-holdings.com Aug 31 2017 01:26:01
                Ishwaaswi LLC d/b/a Radiant Cash,    PO Box 1183,    Lac Du Flambeau, WI 54538-1183
13817981      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 31 2017 01:25:30      PECO Energy,
                2301 Market St., N3-1,    Philadelphia, PA 19103-1380
13849232      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 31 2017 01:25:30      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13817984       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 01:32:14
                Portfolio Recovery Associates,    Po Box 41067,    Norfolk, VA 23541
13817985      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 31 2017 01:32:19      Regional Acceptance Co.,
                621 W Newport Pike,    Wilmington, DE 19804-3235
13825775       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 31 2017 01:32:19      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
13817987      +E-mail/Text: bankruptcy@sw-credit.com Aug 31 2017 01:25:41      Southwest Credit Systems,
                4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13819677       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2017 02:33:43      Spot Loan,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13857944*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 30, 2017
                               Form ID: pdf900              Total Noticed: 38

13817966      ##+ACS Inc.,    28790 US Highway 19 N,    Clearwater, FL 33761-2508
13817979      ##+Kahuna Payment Solutions,    1602 Tullamore Ave,    Bloomington, IL 61704-9624
                                                                                  TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
        ALFONSO G. MADRID    on behalf of Debtor Cherly A Vaughn-Curry alfonsomadridlawECF@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   CHERLY A. VAUGHN-CURRY,        :       Chapter 13
                                        :
         Debtor                         :       Bky. No.  16-17726 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 37) is **APPROVED**.

Date: **August 30, 2017**

                                        _____
                                        **ERIC L. FRANK**
                                        **CHIEF U.S. BANKRUPTCY JUDGE**