# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CHERLY A. VAUGHN-CURRY | : | CASE NO: 16-17726ELF |
| | : | |
| Debtor | : | |

## ORDER TERMINATING WAGE DEDUCTION

AND NOW, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of of November 7, 2016 (Doc. No. 11), amended by Order dated August 9, 2017 (Doc. No. 43), ordering Debtor's employer, the University of Pennsylvania, to deduct funds from the earnings or income of Debtor Cherly A. Vaughn-Curry, is VACATED.

Date: April 28, 2021

_____
Eric L. Frank
United States Bankruptcy Judge