United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cherly A Vaughn-Curry  
    Debtor

Case No. 16-17726-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jun 16, 2021     Form ID: 138NEW     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherly A Vaughn-Curry, 1341 Farrington Rd., Philadelphia, PA 19151-2832 |
| 13817966 | + | ACS Inc., 28790 US Highway 19 N, Clearwater, FL 33761-2508 |
| 13817967 | + | Bank of America, N.A., 7105 Corporate Dr., PTX B-209, Plano, TX 75024-4100 |
| 13817968 | | Bluechip Financial d/b/a Spotloan, 914 Chief Little Shell St. NE, Belcourt, ND 58316 |
| 13817973 | + | Cba Collection Bureau, Po Box 5013, Hayward, CA 94540-5013 |
| 13817974 | + | Cbe Group, Attn: Bankruptcy, Po Box 900, Waterloo, IA 50704-0900 |
| 13817975 | + | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13817976 | + | Green Trust Cash LLC, PO Box 340, Hays, MT 59527-0340 |
| 13817977 | + | Interstate Intrinsic Value Fund A, LLC, 3835-R E. Thousand Oaks Blvd., Ste 413, Thousand Oaks, CA 91362-6622 |
| 13849759 | + | Interstate Intrinsic Value Fund, LLC, PO BOX 5247, Oxnard, CA 93031-5247 |
| 13817979 | + | Kahuna Payment Solutions, 1602 Tullamore Ave, Bloomington, IL 61704-9624 |
| 13817980 | + | Northland Group Inc., 7831 Glenroy Rd, Suite 250, Minneapolis, MN 55439-3117 |
| 13817982 | + | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 13817983 | + | Philadelphia Water Revenue Dept., 1401 JFK Blvd, Philadelphia, PA 19102-1606 |
| 13817986 | + | Rothman Institute, 925 Chestnut St, Philadelphia, PA 19107-4290 |
| 13817988 | + | Target Finance LLC d/b/a Target Cash Now, PO Box 581, Hays, MT 59527-0581 |
| 13817989 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 13817990 | + | True Accord, 153 Maiden lane, 3rd Fl, San Francisco, CA 94108-5301 |
| 13884415 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13817991 | + | Wells Fargo, Attention: Bankruptcy MAC# X2303-01A, Po Box 41169, Des Moines, IA 50328-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:37 | Orion (VERIZON), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13817965 | + | Email/Text: bankruptcy1@acecashexpress.com | Jun 16 2021 23:44:00 | Ace Cash, 1231 Greenway DR., Suite 600, Irving, TX 75038-2511 |
| 13817970 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:07 | Capital One Bank (USA), NA, 15000 Capital One Dr., Richmond, VA 23238 |
| 13817969 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:31 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 16-17726-elf   Doc 72   Filed 06/18/21   Entered 06/19/21 00:38:04   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 13817971 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 16 2021 23:43:00 | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |
| 13884352 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 16 2021 23:43:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13817972 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 16 2021 23:43:00 | Cash Net USA, 175 W. Jackson, Suite 1000, Chicago, IL 60604-2863 |
| 13907103 | + | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia Law Department, Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, Pennsylvania 19102-1640 |
| 13817978 | + | Email/Text: bankruptcy@ldf-holdings.com | Jun 16 2021 23:45:00 | Ishwaaswi LLC d/b/a Radiant Cash, PO Box 1183, Lac Du Flambeau, WI 54538-1183 |
| 13817981 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 16 2021 23:43:00 | PECO Energy, 2301 Market St., N3-1, Philadelphia, PA 19103-1380 |
| 13849232 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 16 2021 23:43:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13817984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:35 | Portfolio Recovery Associates, Po Box 41067, Norfolk, VA 23541 |
| 13912652 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13817985 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 17 2021 00:08:12 | Regional Acceptance Co., 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 13825775 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 17 2021 00:08:12 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13817987 | + | Email/Text: bankruptcy@sw-credit.com | Jun 16 2021 23:44:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 13819677 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 17 2021 00:08:12 | Spot Loan, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Spot Loan by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13857944 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021           Signature:        /s/Joseph Speetjens

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 40 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Cherly A Vaughn-Curry amadrid@clsphila.org |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor BANK OF AMERICA  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Cherly A Vaughn−Curry
       Debtor(s)                          Bankruptcy No: 16−17726−elf
                                                                       Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                               Timothy B. McGrath
                                                                Clerk of Court

Dated: 6/16/21

                                                                                                                     69 − 68
                                                                                                                Form 138_new