**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cherly A. Vaughn-Curry  aka Cherly B Curry aka Cherly Curry aka Cherly Vaugn | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 16-17726 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Interstate Intrinsic Value Fund, LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
23 Jun 2021, 10:45:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322