# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cherly A. Vaughn-Curry aka Cherly B Curry aka Cherly Curry aka Cherly Vaugn<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Interstate Intrinsic Value Fund, LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs. | NO. 16-17726 ELF |
| Cherly A. Vaughn-Curry aka Cherly B Curry aka Cherly Curry aka Cherly Vaugn<br>　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Limited Objection to Notice of Objection to Discharge of Interstate Intrinsic Value Fund, LLC, which was filed with the Court on or about **June 25, 2021 (Doc. No. 74)**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated:  June 29, 2021