# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CHERLY A. VAUGHN-CURRY | : | CASE NO: 16- 17726ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Lien Satisfied (the "Motion"), and after notice and hearing, it is hereby **ORDERED**, that the Motion is **GRANTED**. The lien that is the basis of Proof of Claim No. 2 of Regional Acceptance Corp. ("RAC") has been satisfied and the lien is released with respect to the collateral: a 2009 Toyota Corolla, VIN No. 1NXBU40E59Z084009.

.

Date:  7/29/21

_____
Eric L. Frank
United States Bankruptcy Judge